RECEIVED
JAN 15 2019
U.S. District Court
Eastern District of MO

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
### _____DIVISION

)
)
)
Plaintiff(s), JOHNNY LOTT SR. )
)
v. MAPLEWOOD RICHMOND HEIGHTS )   Case No. _____
SCHOOL DISTRICT )   (to be assigned by Clerk of District Court)
7539 MANCHESTER ROAD )
MAPLEWOOD, MO 63143 )   JURY TRIAL DEMANDED
ROXANNA L. MECHEM )   YES ◯   NO ☒
Defendant(s). (Enter above the full name(s) )
of all defendants in this lawsuit. Please )
attach additional sheets if necessary.) )

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

   **✓** Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
   **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

   **✓** Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
   **NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

   ____ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.
   **NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.
**NOTE:** *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

____ Other (Describe)

## PARTIES

2. Plaintiff's name: JOHNNY LOTT SR.

   Plaintiff's address: 2817 "H" LACLEDE STATION Rd.
   Street address or P.O. Box

   ST. LOUIS, MO 63143
   City/ County/ State/Zip Code

   314-305-1455
   Area code and telephone number

3. Defendant's name: ROXANNA MECHE ⊠ ASSISTANT SUPERINTENDENT MAPLEWOOD RICHMOND HEIGHTS SCHOOL DISTRICT
   Defendant's address: 7539 MANCHESTER ROAD
   Street address or P.O. Box

   MAPLEWOOD, MO 63143
   City/County/State/ Zip Code

   314-644-4400
   Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

4. If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

_____
(Street Address)            (City/County)            (State)   (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

_SEPTEMBER - 07 - 2018_____

## ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

◯ Yes    Date filed: _____

☒ No

7. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☒ Yes    Date filed: _____

◯ No

8. Have you received a Notice of Right-to-Sue Letter?

☒ Yes                    ◯ No

If yes, please attach a copy of the letter to this complaint.

9. If you are claiming age discrimination, check one of the following:

_X_ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

____ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

## NATURE OF THE CASE

10. The conduct complained of in this lawsuit involves (check only those that apply):

   \_\_\_\_ failure to hire me

   _X_ termination of my employment

   \_\_\_\_ failure to promote me

   \_\_\_\_ failure to accommodate my disability

   \_\_\_\_ terms and conditions of my employment differ from those of similar employees

   _X_ retaliation

   \_\_\_\_ harassment

   \_\_\_\_ other conduct (specify):

Did you complain about this same conduct in your charge of discrimination?

   _X_ Yes                    _O_ No

11. I believe that I was discriminated against because of my (check all that apply):

   **X** race

   ___ religion

   ___ national origin

   ___ color

   ___ gender

   ___ disability

   **X** age (birth year is: _1958_ ) 

   ___ other:

Did you state the same reason(s) in your charge of discrimination?

   **X** Yes         ___ No

12. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful.  It is not necessary to make legal arguments, or to cite cases or statutes.

I FILE A CLAIM FOR COMPENSATION FOR AN INJURY COURT date WAS SET FOR SEPTEMBER - 25-2018. IT WAS SETTLE IN AUGUST AROUND THE 6-10-2018 I WAS TERMINATED ON SEPTEMBER - 14-2018 FOR: ALLEGATIONS OF HARASSMENT And UPROFESSIONAL STAFF Conduct.

(Continue to page 6, if additional space is needed.)

13. The acts set forth in paragraph 12 of this complaint:

◯ are still being committed by the defendant.

◯ are no longer being committed by the defendant.

☒ may still be being committed by the defendant.

### REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes. BY ME BEING TERMINATED, Loss WAGES, FOR FIVE YEARS: I AM 60 YEARS OF AGE. I WAS PLANNING ON WORKING UNTILL 65.
WAGES FOR THE FIVE YEARS
$138,578.00
ROUGH ESTIMATE

14. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

*Johnny Lott Sr.*

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __15__ day of __JANUARY__, 20__19__.

Signature of Plaintiff _Johnny Lott_